

**BARNES & THORNBURG LLP**

390 Madison Avenue
12th Floor
New York, NY 10017-2509 U.S.A.
(646) 746-2000
Fax (646) 746-2001
www.btlaw.com

David Slovick
(646) 746-2019
DSlovick@btlaw.com

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

October 7, 2024

The adjournment request is GRANTED. The Initial Pre-Trial Conference is rescheduled for **Tuesday, October 22, 2024** at **11:30 AM**. The joint letter and proposed Civil Case Management Plan and Scheduling Order shall be filed no later than ten days before the conference date. The parties are reminded that requests for adjournments should be accompanied by proposed alternative dates. Rochon Indiv. Rule 1.F.

Dated: October 7, 2024
         New York New York

<u>VIA ECF</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Artist Publishing Group, LLC et al. v. Suns Legacy Partners, LLC et al.*,
      Case No. 24-cv-05463-JLR

Dear Judge Rochon:

I represent Defendant Suns Legacy Partners, LLC (the "Phoenix Suns") in the above-referenced action. I write to request an adjournment of the Initial Pretrial Conference currently scheduled for October 15, 2024 at 11:00 a.m. Counsel for the Phoenix Suns have unavoidable, pre-existing conflicts on October 15, 2024 and therefore request that the conference be re-scheduled for a later date and time so that Defendant's counsel can attend and participate. In addition, an adjournment of the presently-set conference will allow the parties to continue to engage in meaningful settlement discussions, which are ongoing.

This is Defendant's first request for an adjournment of the Initial Pretrial Conference. We have conferred with Plaintiffs' counsel and they consent to this request. The parties do not have any other scheduled appearances before the Court at this time.

For the foregoing reasons, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference currently scheduled for October 15, 2024 at 11:00 a.m. (including all associated deadlines), and re-set the conference for a later date and time.

Sincerely,

*David Slovick*

David Slovick
*Counsel for Defendant Suns Legacy Partners, LLC*